UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GLADYS PINEDA-SANCHEZ, | Case No. 2:16-CV-2916 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| DOLLAR LOAN CENTER, LLC, | |
| Defendant(s). | |

Presently before the court is defendant Dollar Loan Center, LLC's application for confirmation of arbitration award in the above-captioned matter, and request for judgment thereon. (ECF No. 15). The deadline for the plaintiff to respond was October 4, 2017. (*See* ECF No. 16). To date, plaintiff has still failed to oppose the present motion.

Pursuant to LR 7-2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to granting of the motion." Accordingly, this motion will be granted.

Nonetheless, this court has evaluated the motion and find it to be merited.

The parties arbitrated the instant matter with JAMS in accordance with their installment loan agreement. (ECF No. 15 at 2); (ECF No. 10). The Hon. Phillip M. Pro (Ret.) was appointed as the arbitrator. (ECF No. 15-1 at 14–19).

An arbitration hearing was held on September 7, 2017. (ECF NO. 15 at 3).

On September 18, 2017, Judge Pro issued an arbitration award in favor of Dollar Loan Center, finding that "Pineda-Sanchez is not entitled to relief on any of the claims advanced in her complaint." (ECF No. 15-1 at 5). He found in favor of Dollar Loan Center on its counterclaim, ordering an award of $1,568.39 to Dollar Loan Center, to be recovered from Pineda-Sanchez. *Id.*

An arbitration award must be confirmed by the court unless vacated, modified, or corrected. 9 U.S.C. § 9. The award in the instant matter has not been vacated, modified, or correct, and no grounds exist to do so here. *See* 9 U.S.C. §§ 9–11. Indeed, "confirmation is required even in the face of erroneous findings of fact or misinterpretations of law."

Upon inspection of the arbitration award (ECF No. 15-1 at 3–7), this court finds good cause to confirm it and enter judgment in favor of Dollar Loan Center.

Accordingly,

IT IS HEREBY ORDERED that defendant Dollar Loan Center, LLC's application for confirmation of arbitration award (ECF No. 15) is GRANTED.

IT IS FURTHER ORDERED that the clerk shall enter judgment in favor of defendant Dollar Loan Center, LLC on all claims as follows:

Plaintiff Gladys Pineda-Sanchez has failed to sustain her claim against Defendant Dollar Loan Center, LLC, and is not entitled to any relief thereon.

Defendant Dollar Loan Center, LCC has proven its counterclaim and shall recover the sum of $1,568.39 from Gladys Pineda-Sanchez.

The clerk shall enter judgment accordingly and close the case.

DATED November 6, 2017.

_____
UNITED STATES DISTRICT JUDGE